# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1606
_____

KENNETH CHAKY,

Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

October 23, 2019

PER CURIAM.

DISMISSED. *See Mobley v. McNeil*, 989 So. 2d 1215 (Fla. 1st DCA 2008).

WOLF, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth Chaky, pro se, Appellant.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.